UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MY SIZE, INC.,<br>                *Plaintiff,*<br><br>        v.<br><br>DAVID LAZAR, CUSTODIAN VENTURES LLC, ACTIVIST INVESTING LLC, MILTON C. AULT III, AULT ALPHA LP, AULT ALPHA GP LLC, AULT CAPITAL MANAGEMENT LLC, AULT & COMPANY, INC., DAVID ABOUDI, PATRICK LONEY, and DAVID NATAN,<br><br>                *Defendants.* | Civil No. 1:21-cv-08585 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, My Size, Inc., by and through its undersigned counsel, hereby voluntarily dismisses with prejudice defendants David Lazar, Custodian Ventures, LLC, Activist Investing LLC, David Aboudi, Patric Loney, and David Natan from this action.

Dated: November 5, 2021
       New York, New York

McDERMOTT WILL & EMERY LLP

By: */s/ David K. Momborquette*
David K. Momborquette
M. Elias Berman
Timothy C. Cramton
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dmomborquette@mwe.com
eberman@mwe.com
tcramton@mwe.com

*Attorneys for My Size, Inc.*

SO ORDERED

/s/ Jed S. Rakoff
USDJ
11-7-21