# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 11/8/2021 at 4:40 PM EST and filed on 11/8/2021

| | |
|---|---|
| **Case Name:** | My Size, Inc. v. Lazar et al |
| **Case Number:** | 1:21-cv-08585-JSR |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 11/8/2021,. Plaintiff may file an amended complaint on or before 11/19/21 ( Initial Telephonic Conference set for 12/1/2021 at 11:00 AM before Judge Jed S. Rakoff with the following connection information: 888-363-4735 toll free USA ; international caller paid 215-446-3657, access code 1086415.) (Kotowski, Linda)**

**1:21-cv-08585-JSR Notice has been electronically mailed to:**

Adrienne Marie Ward     award@olshanlaw.com, docketclerk@olshanlaw.com

David Keith Momborquette     dmomborquette@mwe.com, eric-dellon-5513@ecf.pacerpro.com, mco@mwe.com

Howard Jay Kaplan     hkaplan@kaplanrice.com, cfaber@kaplanrice.com, croy@kaplanrice.com, meggenberger@kaplanrice.com, mprutting@kaplanrice.com, rhine@kaplanrice.com, tkaca@kaplanrice.com

Thomas James Fleming     tfleming@olshanlaw.com, docketclerk@olshanlaw.com

**1:21-cv-08585-JSR Notice has been delivered by other means to:**